**WILLIAMSON v. FOOD LION, INC.**

[350 N.C. 305 (1999)]

LORA WILLIAMSON v. FOOD LION, INC.

No. 531A98

(Filed 9 April 1999)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 365, 507 S.E.2d 313 (1998), finding no error in the entry of summary judgment for defendant entered by Zimmerman, J., on 10 October 1997 in Superior Court, Guilford County. Heard in the Supreme Court 10 March 1999.

*Michael R. Nash for plaintiff-appellant.*

*Poyner & Spruill, L.L.P., by Douglas M. Martin and S. Mujeeb Shah-Khan, for defendant-appellee.*

PER CURIAM.

AFFIRMED.